1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHINDA NOMESIRI,                              No.  2:15-cv-1686 WBS CKD (TEMP) P

12                 Petitioner,

13        v.                                       ORDER

14   J. PRICE, Warden,

15                 Respondent.

16

17        Petitioner has filed a request for an extension of time to file a traverse.  Good cause

18   appearing, the court will grant petitioner's request.

19        In addition, petitioner has filed a motion for an extension of time to file a motion for

20   reconsideration of this court's order denying his motion for appointment of counsel.  Petitioner

21   has also since filed a motion for reconsideration.  The court has construed petitioner's motion for

22   reconsideration as a renewed motion for appointment of counsel.  As this court previously

23   advised petitioner, there currently exists no absolute right to appointment of counsel in habeas

24   proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. §

25   3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so

26   require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, petitioner contends

27   that he is indigent, incarcerated, has difficulty articulating his claims, and has limited access to

28   /////

1

legal materials.  While the court sympathizes with these challenges, they are insufficient to merit

the appointment of counsel at this time.  Accordingly, the court will deny petitioner's motions.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's motion for an extension of time to file a traverse (Doc. No. 17) is granted;

2.  Petitioner shall file and serve a traverse on or before March 21, 2016;

3.  Petitioner's motion for an extension of time to file a motion for reconsideration (Doc.

No. 16) is denied as unnecessary; and

4.  Petitioner's motion for reconsideration, construed as a renewed motion for

appointment of counsel, (Doc. No. 18) is denied.

Dated:  January 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ec/kly
nome1686.111t

2